# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

FILED
ASHEVILLE, NC

OCT 15 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| United States of America | ) |
|---|---|
| v. | ) |
| Kenneth W. Scott | ) Case No. 1:25-mj-36-WCM |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 8, 2025__ in the county of __Buncombe__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(3) | Assault with a dangerous weapon |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ofc. Nathan Card, NPS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/15/2025

_____
*Judge's signature*

City and state: Asheville, North Carolina

Hon. W. Carleton Metcalf, U.S. Magistrate Judge
*Printed name and title*