# Affidavit in Support of a Criminal Complaint

I, Nathan Card, being duly sworn under oath, do hereby depose and state:

1. I am a Law Enforcement Officer with the National Park Service and have been since April 24, 2024. In this position, I investigate violations of federal and state law on the Blue Ridge Parkway and regularly patrol the Parkway to address and deter violations. I completed Land Management Police Training at the Federal Law Enforcement Training Center in Glynco, Georgia between April and September 2024. Prior to April 2024, I worked seasonally as a Law Enforcement Officer for the National Park Service for approximately 2 years and 3 months between May 2021 and April 2024, doing substantially similar work to my present position.

2. The facts and statements in this Affidavit are based in part on information provided by other law enforcement officers and on my personal observations, training, and experience. This Affidavit is intended to show that there is probable cause for the requested arrest warrant and does not set forth all my knowledge about this matter.

3. Based on my investigation, training, and experience, and the facts as set forth in this Affidavit, it is my belief that on October 8, 2025, on the Blue Ridge Parkway within the Western District of North Carolina, and within the special maritime and territorial jurisdiction of the United States, KENNETH W. SCOTT violated Title 18, United States Code, Section 113(a)(3) (assault with a dangerous weapon). In support of that belief, I state the following:

4. On October 8, 2025, at approximately 3:20 PM, I responded to a 911 call of a man brandishing a firearm on the Blue Ridge Parkway, near MM393, in Buncombe County within the Western District of North Carolina. The caller, K.B., described an older white male with camo pants driving a gray truck and trailer who had blocked her vehicle in.

5. I was able to locate that individual and identify him as the defendant, KENNETH W. SCOTT. I asked SCOTT about the reported incident, and he told me that he stopped his truck because it was overheating but soon became involved in an altercation with K.B. during which SCOTT admitted to holding a Smith & Wesson revolver at his side. I was able to locate a silver revolver in SCOTT's truck.

6. K.B. told me she was working on her laptop in her car when SCOTT pulled up. K.B. said she was preparing to leave when SCOTT got out of his truck and began swearing at her. K.B. pretended to make a call on her phone because she felt uncomfortable, but SCOTT persisted by calling her a "fucking yankee." She tried to walk away when SCOTT asked her if she threatened him with a weapon. K.B. told SCOTT she did not have a weapon, to which SCOTT replied, "I do, bitch," and drew a large, silver revolver that he waved around and pointed toward her. SCOTT told K.B. to leave stating, "Bitch, if you don't fucking leave" while still pointing the firearm at K.B.

7. K.B. told me she was scared to death and thought she was going to be shot by SCOTT. She ran to her car, called 911, and was able to drive through a drainage ditch to get away.

8. I arrested SCOTT for several offenses and later searched his truck and trailer for additional firearms. I was able to seize no less than fifteen firearms from the truck and/or trailer. Additionally, SCOTT appeared to be traveling with several buckets of fecal waste in the trailer and is reported to be homeless.

Ofc. Nathan Card, NPS

*This Affidavit was reviewed by Special Assistant United States Attorney Annabelle Chambers.*

SUBSCRIBED and SWORN
Before me this 15th day of October 2025.

W. Carleton Metcalf
United States Magistrate Judge
Western District of North Carolina